16-1417

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Anita B. Cauthorn<br><br>                          Debtor(s)<br>Lawrence Yancey, CoDebtor | Chapter 13 Proceeding<br><br> Case No.  17-18153 JKF |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

Kindly enter my appearance on behalf of WELLS FARGO BANK, N.A. in the above captioned matter.

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/  Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090