UNITED STATES  BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Anita B. Cauthorn aka
Anita Barnes Cauthorn                                  CASE NO: 17-18153

                                                              CHAPTER: 13

   Debtor (s)

Notice of Withdrawal of Proof of Claim

Please be advised that Claim # 5-1 filed on behalf of Wells Fargo Bank, N.A. is being withdrawn as the claim was filed in error.  Please use this notice as formal notification of the withdrawal of the Proof of Claim.

Property Address:  4417 RIVERVIEW LN, PHILADELPHIA, PA 19129

Claim Number: 5-1

10/09/2018                                   /s/Maureen H Spratley
                                             Vice President Loan Documentation
                                             Wells Fargo Bank, N.A.
                                             Attn: Default Document Processing
                                             1000 Blue Gentian Road, N9286-01Y
                                             Eagan MN 55121-7700

**CERTIFICATE OF SERVICE**
        In addition to the parties who will be served via the Court's ECF system, I certify that on n/a, I served a true and correct copy of the above notice of withdrawal of proof of claim or amended proof of claim on the debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the debtor is not represented by counsel.