**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Anita B. Cauthorn aka Anita Barnes Cauthorn<br><br>                                        Debtor(s)<br>WELLS FARGO BANK, N.A.<br>                                        Movant<br>v.<br>Anita B. Cauthorn aka Anita Barnes Cauthorn<br>Lawrence L. Yancey (CoDebtor)<br>William C. Miller, Esquire<br>                                        Respondents | 17-18153 JKF<br><br>Chapter 13 Proceeding |

16-1417

**ORDER**

AND NOW, this 19th day of October, 2018, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) and the Co-Debtor Stay of §1301 are hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure on the property located at 4417 Riverview Lane #43, Philadelphia, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, WELLS FARGO BANK, N.A. shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Jean K. FitzSimon

Interested Parties:
Jill Manuel-Coughlin, Esquire
Attorney for Wells Fargo Bank, N.A.

Zachary Perlick, Esquire
Attorney for Debtor(s)

Anita B. Cauthorn aka Anita Barnes Cauthorn
Debtor(s)
Lawrence L. Yancey
 (CoDebtor)


William C. Miller, Esquire
Trustee