United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anita B. Cauthorn  
    Debtor

Case No. 17-18153-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Oct 19, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.
db        Anita B. Cauthorn,    4417 Riverview Lane, #43,    Philadelphia, PA   19129-1781

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        KARINA VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
        KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        ZACHARY PERLICK    on behalf of Debtor Anita B. Cauthorn Perlick@verizon.net, pireland1@verizon.net
                                                            TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Anita B. Cauthorn aka Anita Barnes Cauthorn<br><br>　　　　　　　　　　　　Debtor(s)<br>WELLS FARGO BANK, N.A.<br>　　　　　　　　　　　　Movant<br>v.<br>Anita B. Cauthorn aka Anita Barnes Cauthorn<br>Lawrence L. Yancey (CoDebtor)<br>William C. Miller, Esquire<br>　　　　　　　　　　　　Respondents | 17-18153 JKF<br><br>Chapter 13 Proceeding |

16-1417

**ORDER**

AND NOW, this 19th day of October, 2018, it is hereby ORDERED that the automatic stay of 11 U.S.C. §362(a) and the Co-Debtor Stay of §1301 are hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to proceed with foreclosure on the property located at 4417 Riverview Lane #43, Philadelphia, PA and obtain all other Relief available under the Non-Bankruptcy law.

Upon the order being granted and entered, WELLS FARGO BANK, N.A. shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　_____
　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　Jean K. FitzSimon

Interested Parties:
Jill Manuel-Coughlin, Esquire
Attorney for Wells Fargo Bank, N.A.

Zachary Perlick, Esquire
Attorney for Debtor(s)

Anita B. Cauthorn aka Anita Barnes Cauthorn
Debtor(s)
Lawrence L. Yancey
 (CoDebtor)


William C. Miller, Esquire
Trustee